FILED ✓   RECEIVED
ENTERED      SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 1 1 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:08-CR-0064-RLH-GWF |
| AMY R. ORTIZ, | ) |
| Defendant. | ) |

## ORDER OF FORFEITURE

On February 11, 2011, defendant AMY R. ORTIZ pled guilty to Counts One and Two of a Two-Count Criminal Superseding Information charging her in Count One with Wire Fraud in violation of Title 18, United States Code, Section 1343 and charging her in Count Two with Aid or Assist in Preparing a False Statement in violation of 26 U.S.C. § 7206(2), and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Criminal Superseding Information.

This Court finds that AMY R. ORTIZ shall pay a criminal forfeiture money judgment of $212,874.93 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

. . .

. . .

. . .

1  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States
2  recover from AMY R. ORTIZ a criminal forfeiture money judgment in the amount of $212,874.93
3  in United States Currency.
4  DATED this __11__ day of __February__, 2011.

_____
UNITED STATES DISTRICT JUDGE