**FILED**

JAN 1 3 2012

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:08-CR-064-RLH (GWF) |
| AMY R. ORTIZ, ) | |
| Defendant. ) | |

## ORDER OF FORFEITURE

This Court found on February 11, 2011, that AMY R. ORTIZ shall pay a criminal forfeiture money judgment of $212,874.93 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Docket #167.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from AMY R. ORTIZ a criminal forfeiture money judgment in the amount of $212,874.93 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this _13_ day of _January_, 2012.

_____
UNITED STATES DISTRICT JUDGE